UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
----------------------------------------------------------------X
JULIO C. MORILLO CABREJA, ANA
YOLANDA CRUZ, and JONATHAN ROMERO
CEVALLOS, individually and on behalf of
persons similarly situated,

                                                JUDGMENT

           Plaintiffs,                     22-CV-1605 (OEM)(MMH)

      v.

DISCOUNT BROADWAY INC., d/b/a MAX DEALS,
DOLLAR JUNCTION, DOLLAR DEALS, and
MUHAMMAD S. ANDHA,

           Defendants.
----------------------------------------------------------------X

       An Order of Honorable Orelia E. Merchant, United States District Judge, having been filed on March 8, 2024, adopting the Report and Recommendation of Magistrate Marcia M. Henry, dated February 16, 2024, granting defendants' motion to dismiss for failure to prosecute with prejudice; it is

       ORDERED and ADJUDGED that  defendants' motion to dismiss for failure to prosecute with prejudice is granted.

Dated: Brooklyn, New York                                      Brenna B. Mahoney
       March 11, 2024                                            Clerk of Court

                                                            By:    */s/Jalitza Poveda*
                                                                     Deputy Clerk