UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
----------------------------------------------------------------X
JULIO C. MORILLO CABREJA,
ANA YOLANDA CRUZ, and JONATHAN
ROMERO CEVALLOS, individually and on
behalf of all other persons similarly situated,

                              Plaintiffs,                      JUDGMENT

v.                       22-cv-1605 (LDH)(MMH)

DISCOUNT BROADWAY INC. d/b/a MAX
DEALS, DOLLAR JUNCTION, AND
DOLLAR DEALS, and MUHAMMAD S.
ANDHA, jointly and severally,

                             Defendants.
----------------------------------------------------------------X

      A notice of acceptance of a Rule 68 Offer of Judgment having been filed on March 22, 2024; and Defendants having offered to allow entry of judgment to be taken against them and in favor of Plaintiffs JULIO C. MORILLO CABREJA and ANA YOLANDA CRUZ, in the amount of $35,000.00 including but not limited to all of Plaintiffs' claims in this action, damages, liquidated damages, attorney fees, costs and any and all other litigation expenses or disbursements in this action; it is

      ORDERED and ADJUDGED that judgment is entered in favor of Plaintiffs JULIO C. MORILLO CABREJA and ANA YOLANDA CRUZ and against Defendants in the above-captioned action in the amount of $35,000.00 including but not limited to all of Plaintiffs' claims in this action, damages, liquidated damages, attorney fees, costs and any and all other litigation expenses or disbursements in this action.

Dated: Brooklyn, New York                                                Brenna B. Mahoney
       March 25, 2024                                                        Clerk of Court

                                                                    By:    */s/Jalitza Poveda*
                                                                            Deputy Clerk